UNITED STATES COURT OF APPEALS
 FOR THE FIRST CIRCUIT

No. 93-1679

 UNITED STATES,
 Appellee,

 v.

 VICTOR LEVY-CORDERO,
 Defendant - Appellant.

No. 93-2015

 UNITED STATES,
 Appellee,

 v.

 WILLIAM ROMERO-LEWIS,
 A/K/A CACO, EL TENIENTE,
 Defendant - Appellant.

No. 93-2087

 UNITED STATES,
 Appellee,

 v.

 JOSE SAMUEL FORTY-ESTREMERA,
 A/K/A SAMMY,
 Defendant - Appellant.

 Before

 Torruella, Chief Judqe, 
 Coffin, Senior Circuit Judge, 
 and Cyr, Circuit Judge. 

 ORDER OF COURT

 Entered November 7, 1995

The United States of America has filed a "Motion for
Modification and Correction of Opinion" seeking two changes in the
Court's opinion. The following is the disposition of said

requests:

1. Footnote 1 is amended to read "twelve years" in
substitution of "twelve months."

2. The last full paragraph of page 13 of the opinion of the
Court is amended to read:

For the foregoing reasons, we conclude that the
improper remarks were not so prejudicial as to
require reversal. Notwithstanding our decision in
this regard, we repeat our concern that, "after
numerous warnings from this court, the prosecuting
attorneys in the District of Puerto Rico persist
in spiking their arguments with comments that put
their cases at risk." United States v. Ortiz- 
Arrigoitia, 996 F.2d 436, 441 (lst Cir. 1993) 
(collecting cases). See, e.g., Udechukwu, 11 F.3d 
1101; Arrieta-Aqressot, 3 F.3d 525. When, as in 
this case, a visiting Justice Department
prosecutor conducts the trial, we nevertheless
expect the resident United States Attorney to
insure that the expectations of the court
concerning closing argument be made known.

It is so Ordered.

 By the Court:

 FRANCIS P. SCIGLIANO,

 Clerk.

 By Janice M. O'Neil 
 Chief Deputy Clerk.

[cc: Messrs: Weiner, Geigel, Inserni and Ms.
Mitchelll